

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Taylor Morrison of Texas, Inc. and Taylor Woodrow
                         Communities-League City, Ltd. v. Jack Richard Skufca, Jr. and
                         Erin Skufca, individually

Appellate case number: 01-20-00638-CV

Trial court case number:     19-CV-1574

Trial court:                 56th District Court of Galveston County

Appellants have filed an unopposed motion to abate the above interlocutory appeal until November 2, 2020. The motion is **granted**. The appeal is abated until November 2, 2020 and will be reinstated on the Court's docket on November 3, 2020 unless a motion for continuing abatement is filed and granted.

It is so ORDERED.

Judge's signature:          /s/ Richard Hightower
                            Acting individually

Date:   October 1, 2020_____